**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Richmond Division**

| | |
|---|---|
| *In re:* <br><br> Gerard Leroy Cooney <br><br> Debtor. | Case No. 10-38452-KRH <br> Chapter 13 |
| Gerard L. Cooney <br><br> *Plaintiff,* <br><br> v. <br><br> Valerie J. Cooney <br> *aka* Valerie J. Agnew-Cooney <br> *aka* Valerie J. Agnew <br><br> *Defendant.* | Adversary Proceeding No. 14-03136-KRH |

**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION**

      Upon consideration of the Defendant Valerie J. Cooney's Motion for Reconsideration of Order Granting Judgment and Determining Dischargeability of Debts (the "Motion"), praying, pursuant to Federal Rule of Bankruptcy Procedure 9024 and Federal Rule of Civil Procedure 60, for the Court's reconsideration of its Default Judgment Order entered on April 16, 2015 (the "Order"), and after review of the filed pleadings in this matter, and after conducting a hearing on the matter in open court on May 27, 2015, the Court makes the following FINDINGS:

1. This Court has subject matter jurisdiction based upon 28 U.S.C. §§ 157 and 1334;

2. This proceeding is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A),(B) and (I);

3. The Motion was timely filed by Defendant Valerie J. Cooney;

Jason S. Greenwood (VSB #74941)<br>
Greenwood Law Firm PC<br>
910 Littlepage Street, Suite A<br>
Fredericksburg, VA 22401<br>
(855) 517-8855<br>
*Counsel for Plaintiff*

4. Defendant Valerie J. Cooney has failed to present any evidence of the need for "Corrections Based on Clerical Mistakes" in the Order pursuant to Rule of Civil Procedure 60(a);

5. Defendant Valerie J. Cooney has failed to present any evidence which would indicate "Grounds for Relief from a Final Judgment, Order, or Proceeding" pursuant to Rule of Civil Procedure 60(b);

6. Defendant Valerie J. Cooney has failed to demonstrate that the non-moving party would not be prejudiced by the relief requested; and

7. Defendant Valerie J. Cooney has failed to offer the Court a meritorious defense to the findings and conclusions of law set forth in the Order.

It appearing to the Court that it is without justification to reconsider its Order of Default Judgment dated April 16, 2015, it is:

**ORDERED** that:

1. Defendant Valerie J. Cooney's Motion for Reconsideration of Order Granting Judgment and Determining Dischargeability of Debts is DENIED; and

2. The Clerk will mail a copy of this Order to the parties listed below.

Date: Jun 11 2015

/s/ Kevin R. Huennekens

Judge Kevin R. Huennekens
United States Bankruptcy Court

Entered on Docket: Jun 11 2015

I ask for this:

/s/ Jason S. Greenwood
Jason S. Greenwood (#74941)
GREENWOOD LAW FIRM PC
910 Littlepage Street, Suite A
Fredericksburg, VA 22401
Tel. (855) 517-8855
Fax. (888) 580-8897
*Counsel for Plaintiff*

## Local Rule 9022-1(C) Certification

The forgoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


/s/ Jason S. Greenwood

Jason S. Greenwood



**Service List**

**Suzanne E. Wade**
Ch.13 Trustee
P.O. Box 1780
Richmond, VA 23219-1780

**Robert B. Van Arsdale**
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219-1849

**Valerie J. Cooney**
9022 Weldon Drive
Henrico, VA 23229

**Tammy L. Sossei**
Coates & Davenport, P.C.
5206 Markel Road, Suite 200
Richmond, VA 23230

**Gerard L. Cooney**
3700 New Market Road
Richmond, VA 23231

**Jason S. Greenwood**
Greenwood Law Firm PC
910 Littlepage Street, Suite A
Fredericksburg, VA 22401